**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Deon Lorenzo LYONS, Defendant–
Appellant.**

No. 08–10007.

United States Court of Appeals,
Ninth Circuit.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted July 14, 2009.*

Filed July 23, 2009.

Eric Johnson, AUSA Fax, Office of the U.S. Attorney Lloyd George Federal, Las Vegas, NV, for Plaintiff–Appellee.

Deon Lorenzo Lyons, Ayers, MA, pro se.

Before: SCHROEDER, THOMAS, and WARDLAW, Circuit Judges.

## MEMORANDUM **

Deon Lorenzo Lyons appeals pro se from the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for modification of sentence. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Lyons contends that Amendment 599 to the United States Sentencing Guidelines, amending the commentary to U.S.S.G. § 2K2.4, entitles him to be resentenced without a two-level enhancement for possession of a firearm. The district court did not err in denying the motion because Lyons was not convicted under 18 U.S.C. § 924(c), and therefore § 3582(c)(2) does not apply. *See United States v. Hicks*, 472 F.3d 1167, 1168 (9th Cir.2007).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.